IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| LYNA STRONG, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | No. 3:23-cv-2847-K |
| | § | |
| RAYMOND PARADISE and | § | |
| GREYHOUND LINES, INC., | § | |
| | § | |
| Defendants. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND**
**RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings and conclusions in this case recommending that the Court should grant in part and deny in part Strong's motion for summary judgment [Dkt. No. 143], grant Defendants' motion for summary judgment [Dkt. No. 144], and dismiss this case with prejudice. *See* Dkt. No. 165.

Plaintiff filed Objections to the Findings, Conclusions and Recommendation of the United States Magistrate Judge [Dkt. No. 166], and Defendant Greyhound Lines, Inc., filed a Response to Plaintiff's Objections to the Findings, Conclusions and Recommendation of the United States Magistrate Judge [Dkt. No. 171]. The District Court reviewed *de novo* those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. Finding no error, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States

Magistrate Judge. Plaintiff's Objections are **OVERRULED.**

SO ORDERED.

Signed December 9th, 2025.

_Ed Kinkeade_
ED KINKEADE
UNITED STATES DISTRICT JUDGE